# EXHIBIT C

# CATEGORY 2

# DISCOVERY &

# ADMINSTRATION

## Category 2

### Discovery & Administration

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 7/28/2005 | GREGORY J. JORDAN | 1.4 | $490.00 | REVIEW AND REVISE DOCUMENT SUBPOENA TO FT. MYERS HISTORIC, LP REGARDING ASSETS AND ASSET TRANSFERS; AND DRAFT RELATED CORRESPONDENCE. |
| 7/29/2005 | GREGORY J. JORDAN | 0.3 | $105.00 | DISCUSSION WITH MR. RICHARD DOUGLAS, COUNSEL FOR FT. MYERS HISTORIC, LP REGARDING DOCUMENTS REQUESTED FROM FT. MYERS HISTORIC AND LITIGATION BROUGHT BY FT. MYERS IN FLORIDA COURTS. |
| 8/1/2005 | PETER J. SCHMIDT | 1.7 | $425.00 | TELEPHONE CONVERSATION WITH COUNSEL FOR FT. MYERS HISTORIC LP RE SUBPOENA FOR DOCUMENTS. |
| 8/3/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | REVISE LETTER TO COUNSEL FOR FT. MYERS HISTORIC LP RE SUBPOENA FOR DOCUMENTS; |
| 8/4/2005 | GREGORY J. JORDAN | 1 | $350.00 | REVIEW CORRESPONDENCE FROM FT. MYERS COUNSEL AND REVIEW DOCUMENT REQUESTS TO IDENTIFY AREAS TO RESOLVE DISPUTES. |
| 8/10/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | DETERMINATION OF STATUS OF OUTSTANDING SUBPOENAS IN ECONOMOU CASE. |
| 8/23/2005 | PETER J. SCHMIDT | 1.8 | $450.00 | ATTEND COURT ON STATUS IN ADVERSARY PROCEEDING. |
| 8/25/2005 | PETER J. SCHMIDT | 0.4 | $100.00 | REVIEW CORRESPONDENCE AND DOCUMENTS RE CLAIMS AGAINST FORMER ATTORNEY'S ESTATE. |
| 8/31/2005 | GREGORY J. JORDAN | 0.3 | $105.00 | DISCUSSION WITH MR. BRUCE DE'MEDICI REGARDING FRAUDULENT TRANSFER CLAIMS AGAINST ECONOMOU FAMILY MEMBERS. |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 9/7/2005 | PETER J. SCHMIDT | 0.4 | $100.00 | REVIEW SUBPOENA TO FT. MYERS. |
| 9/7/2005 | PETER J. SCHMIDT | 0.3 | $75.00 | TELEPHONE CALL TO NOVACK & MACEY RE DOCUMENT PRODUCTION. |
| 9/7/2005 | GREGORY J. JORDAN | 2 | $700.00 | PREPARE FOR AND ATTEND HEARING ON MOTION FOR INJUNCTION. |
| 9/7/2005 | GREGORY J. JORDAN | 0.4 | $140.00 | DISCUSSION WITH MR. JAMES DECKER, FLORIDA COUNSEL REGARDING FLORIDA LITIGATION |
| 9/8/2005 | GREGORY J. JORDAN | 0.4 | $140.00 | DISCUSSION WITH MR. BARRY CHATZ, CHAPTER 7 TRUSTEE, REGARDING STATUS AND STRATEGY. |
| 9/8/2005 | GREGORY J. JORDAN | 0.3 | $105.00 | DISCUSSION WITH FT. MYERS COUNSEL REGARDING STIPULATING TO STAY FLORIDA ACTION. |
| 9/8/2005 | PETER J. SCHMIDT | 0.5 | $125.00 | RESEARCH HISTORY OF OWNERSHIP AND LIENS ON FT. MYERS PROPERTY. |
| 9/9/2005 | GREGORY J. JORDAN | 0.6 | $210.00 | REVIEW STIPULATION TO BE FILED BY FT. MYERS. |
| 9/9/2005 | GREGORY J. JORDAN | 0.8 | $280.00 | DRAFT PROPOSED ORDER REGARDING INJUNCTION AND |
| 9/9/2005 | GREGORY J. JORDAN | 0.6 | $210.00 | REVIEW TERMS OF PROPOSED ORDER REGARDING INJUNCTION WITH COUNSEL FOR FT. MYERS. |
| 9/13/2005 | GREGORY J. JORDAN | 0.5 | $175.00 | DISCUSSION WITH MR. EDWARDS, COUNSEL FOR OCONNOR FAMILY REGARDING STIPULATION. |
| 9/13/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | REVIEW RESPONSE TO SUBPOENA FROM FT. MYERS PARTNERSHIP. |
| 9/19/2005 | GREGORY J. JORDAN | 0.6 | $210.00 | REVISE INJUNCTION ORDER AND DRAFT NOTICE OF MOTION FOR BRODEUR HEARING REGARDING INJUNCTION MOTION |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 9/19/2005 | GREGORY J. JORDAN | 1 | $350.00 | PREPARE FOR AND ATTEND HEARING ON MOTION FOR INJUNCTION |
| 9/19/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | REVIEW OBJECTION TO SUBPOENA FROM FT. MYERS HISTORIC LP. |
| 9/20/2005 | PETER J. SCHMIDT | 0.5 | $125.00 | DISCUSSION WITH MR. JORDAN RE HEARING. |
| 9/20/2005 | PETER J. SCHMIDT | 0.4 | $100.00 | TELEPHONE CONVERSATION WITH MR. DOUGLAS RE DOCUMENT PRODUCTION. |
| 9/20/2005 | GREGORY J. JORDAN | 0.3 | $105.00 | DRAFT CORRESPONDENCE TO JUDGE COX REGARDING PROPOSED ORDER. |
| 9/20/2005 | GREGORY J. JORDAN | 0.7 | $245.00 | PREPARED PROPOSED ORDER; DRAFT CORRESPONDENCE TO COUNSEL REGARDING SAME. |
| 9/21/2005 | GREGORY J. JORDAN | 0.3 | $105.00 | DISCUSSION WITH MR. BARRY CHATZ, CHAPTER 7 TRUSTEE, REGARDING STATUS OF CASE AND STRATEGY GOING FORWARD. |
| 9/21/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | TELEPHONE CONVERSATION WITH MR. DOUGLAS RE DOCUMENT PRODUCTION. |
| 9/23/2005 | PETER J. SCHMIDT | 0.3 | $75.00 | TELEPHONE CONVERSATION WITH MR. DOUGLAS RE FT. MYERS' DOCUMENTS. |
| 9/23/2005 | PETER J. SCHMIDT | 3.3 | $825.00 | REVIEW FT. MYER'S DOCUMENT PRODUCTION AT NOVACK & MACEY OFFICES |
| 9/26/2005 | PETER J. SCHMIDT | 1.2 | $300.00 | REVIEW PLEADINGS IN FRANKLIN ARMS BANKRUPTCY CASE RE AUTHORITY OVER PARTNERSHIP AND DEBTOR'S INVOLVEMENT AND FT. MYERS FRAUD CLAIMS. |
| 9/26/2005 | PETER J. SCHMIDT | 0.3 | $75.00 | DRAFT LETTER TO RICHARD DOUGLAS RE DOCUMENT |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | PRODUCTION. |
| 9/26/2005 | PETER J. SCHMIDT | 0.5 | $125.00 | DRAFT LIS PENDENS AGAINST ARCADE PROPERTY. |
| 9/26/2005 | PETER J. SCHMIDT | 0.3 | $75.00 | DISCUSSION WITH MR. JORDAN RE: STRATEGY IN ADVERSARY PROCEEDING |
| 9/27/2005 | PETER J. SCHMIDT | 0.3 | $75.00 | REVISE LETTER TO NOVACK & MACEY RE DOCUMENTS. |
| 9/28/2005 | GREGORY J. JORDAN | 1 | $350.00 | PREPARE FOR AND PARTICIPATE IN HEARING REGARDING STATUS OF CASE AND MOTION FOR INJUNCTION. |
| 10/3/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | TELEPHONE CONVERSATION WITH NOVACK & MACEY RE DOCUMENT PRODUCTION. |
| 10/4/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | TELEPHONE CONVERSATION WITH COUNSEL FOR CAROL ECONOMOU RE 2004 EXAMINATIONS. |
| 10/6/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | REVIEW DOCUMENTS PRODUCED BY NOVACK & MACEY. |
| 10/7/2005 | PETER J. SCHMIDT | 0.5 | $125.00 | REVIEW DOCUMENTS FROM NOVACK & MACEY. |
| 10/11/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | REVIEW DOCUMENTS FROM NOVACK & MACEY. |
| 10/11/2005 | GREGORY J. JORDAN | 0.3 | $105.00 | REVIEW PROPOSED ORDER FROM MR. STEPHEN AND MS. KATHLEEN O'CONNER REGARDING ANSWER AND RESPOND TO THEIR COUNSEL. |
| 10/21/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | REVIEW DOCKET RE ANSWER TO FRAUDULENT TRANSFER COMPLAINT. |
| 10/25/2005 | PETER J. SCHMIDT | 1.6 | $400.00 | PREPARE FOR AND ATTEND STATUS HEARING ON ADVERSARY PROCEEDINGS. |
| 11/9/2005 | PETER J. SCHMIDT | 1 | $250.00 | ATTEND COURT ON DEBTOR'S MOTION TO DISMISS FT. MYERS ADVERSARY PROCEEDING. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 11/30/2005 | GREGORY J. JORDAN | 0.5 | $175.00 | REVIEW O'CONNOR ANSWER AND AFFIRMATIVE DEFENSES. |
| 11/30/2005 | PETER J. SCHMIDT | 0.6 | $150.00 | REVIEW ANSWER BY O'CONNORS; ATTEND COURT ON |
| 11/30/2005 | PETER J. SCHMIDT | 1 | $250.00 | ATTEND COURT FOR STATUS HEARING CONCERNING ADVERSARY PROCEEDINGS. |
| 12/6/2005 | PETER J. SCHMIDT | 0.6 | $150.00 | ATTEND COURT ON STATUS OF ADVERSARY PROCEEDINGS. |
| 12/8/2005 | PETER J. SCHMIDT | 0.2 | $50.00 | REVIEW ANSWER OF SMITHERS-JONES AND CAROL ECONOMOU. |
| 1/13/2006 | PETER J. SCHMIDT | 0.5 | $147.50 | DRAFT INTERROGATORIES TO CAROL ECONOMOU. |
| 1/17/2006 | EVANGELOS J. GEGAS | 0.9 | $265.50 | ATTEND HEARING REGARDING ADVERSARY BY LOUCHIOS. |
| 1/17/2006 | EVANGELOS J. GEGAS | 0.9 | $265.50 | REPORT STATUS OF LOUCHIOS MATTER TO MR. JORDAN. |
| 1/25/2006 | PETER J. SCHMIDT | 1.4 | $413.00 | PREPARE FOR AND ATTEND STATUS ON ADVERSARY PROCEEDINGS. |
| 3/7/2006 | PETER J. SCHMIDT | 0.3 | $88.50 | DISCUSSION WITH MR. JORDAN RE: SETTLEMENT. |
| 3/7/2006 | PETER J. SCHMIDT | 0.6 | $177.00 | DRAFT MOTION TO EMPLOY APPRAISER |
| 3/8/2006 | PETER J. SCHMIDT | 1.1 | $324.50 | ATTEND COURT ON FRAUDULENT TRANSFER ACTIONS. |
| 3/28/2006 | PETER J. SCHMIDT | 0.5 | $147.50 | DRAFT INTERROGATORIES TO CAROL ECONOMOU AND SMITHERS-JONES. |
| 4/11/2006 | PETER J. SCHMIDT | 1 | $295.00 | ATTEND COURT ON STATUS HEARING. |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 5/15/2006 | GREGORY J. JORDAN | 0.4 | $154.00 | REVIEW CORRESPONDENCE FROM COUNSEL FOR MR. ECONOMOU REGARDING SANIBEL PROPERTY. |
| 5/23/2006 | PETER J. SCHMIDT | 1.2 | $354.00 | DRAFT MEDIATION POSITION PAPER. |
| 5/23/2006 | PETER J. SCHMIDT | 0.4 | $118.00 | REVIEW O'CONNOR'S MEDIATION POSITION PAPER. |
| 5/23/2006 | GREGORY J. JORDAN | 0.5 | $192.50 | REVIEW AND REVISE TRUSTEE'S MEDIATION STATEMENT REGARDING POTENTIAL SETTLEMENT OF MATTERS TO BE HEARD BY JUDGE SCHWARTZ. |
| 5/23/2006 | GREGORY J. JORDAN | 0.3 | $115.50 | REVIEW OTHER PARTIES' MEDIATION STATEMENTS. |
| 5/24/2006 | GREGORY J. JORDAN | 0.3 | $115.50 | DISCUSSION WITH MR. STEVE CISZEWSKI, COUNSEL FOR FT. MYERS HISTORIC, REGARDING MEDIATION |
| 5/24/2006 | GREGORY J. JORDAN | 0.8 | $308.00 | REVIEW VARIOUS MEDIATION STATEMENTS REGARDING ECONOMOU ADVERSARY CASES IN PREPARATION FOR MEDIATION BEFORE JUDGE SCHWARTZ. |
| 5/24/2006 | PETER J. SCHMIDT | 0.2 | $59.00 | DISCUSSION WITH MR. JORDAN RE HEARING ON MOTION FOR SANCTIONS. |
| 5/24/2006 | GREGORY J. JORDAN | 1 | $385.00 | PREPARE FOR AND ATTEND HEARING ON SMITHERS-JONES AND MS. CAROL ECONOMOU'S MOTION FOR SANCTIONS. |
| 6/8/2006 | GREGORY J. JORDAN | 0.5 | $192.50 | PREPARE FOR AND ATTEND STATUS HEARING REGARDING ADVERSARY CASES. |
| 7/19/2006 | PETER J. SCHMIDT | 0.1 | $29.50 | TELEPHONE CONVERSATION WITH MS. CASEY RE STATUS HEARING. |
| 7/19/2006 | PETER J. SCHMIDT | 0.1 | $29.50 | TELEPHONE CONVERSATION WITH MR. CHATZ RE RESULTS OF STATUS HEARING. |
| 7/21/2006 | PETER J. SCHMIDT | 0.2 | $59.00 | REVIEW STATUS OF DISCOVERY. |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 7/27/2006 | GREGORY J. JORDAN | 1 | $385.00 | PREPARE FOR AND ATTEND ECONOMOU STATUS HEARING. |
| 8/2/2006 | GREGORY J. JORDAN | 2 | $770.00 | PREPARE FOR MEETING WITH MR. STEVE CISZEWSKI REGARDING DISCOVERY AND ATTEND SAME. |
| 8/4/2006 | GREGORY J. JORDAN | 0.5 | $192.50 | REVIEW DISCOVERY SERVED BY FT. MYERS. |
| 8/6/2006 | PETER J. SCHMIDT | 1.7 | $501.50 | DRAFT DISCOVERY REQUESTS TO CAROL ECONOMOU AND KATHLEEN O'CONNOR. |
| 8/7/2006 | PETER J. SCHMIDT | 2.1 | $619.50 | REVIEW AND REVISE DISCOVERY REQUESTS TO ADVERSARY DEFENDANTS. |
| 8/7/2006 | GREGORY J. JORDAN | 3 | $1,155.00 | REVIEW AND REVISE DISCOVERY REQUESTS FOR THE O'CONNOR DEFENDANTS AND CAROL ECONOMOU. |
| 8/14/2006 | GREGORY J. JORDAN | 1 | $385.00 | REVIEW AND WORK ON DISCOVERY REQUESTS TO MS. CAROL ECONOMOU. |
| 8/14/2006 | GREGORY J. JORDAN | 2.9 | $1,116.50 | DRAFT DISCOVERY FOR CAROL ECONOMOU AND REVIEW ISSUES REGARDING STAY OF DISCOVERY |
| 8/19/2006 | GREGORY J. JORDAN | 0.3 | $115.50 | DRAFT LETTER TO MR. STEVE CISZEWSKI REGARDING DISCOVERY PLAN. |
| 8/20/2006 | PETER J. SCHMIDT | 0.2 | $59.00 | REVIEW LETTER TO MR. STEVE CISZEWSKI REGARDING DISCOVERY PLAN. |
| 8/21/2006 | PETER J. SCHMIDT | 0.2 | $59.00 | TELEPHONE CONVERSATION WITH MR. CISZEWSKI RE DISCOVERY. |
| 8/30/2006 | GREGORY J. JORDAN | 0.5 | $192.50 | REVIEW PROPOSED DISCOVERY PLAN AND COMMENTS TO SAME. |
| 9/1/2006 | GREGORY J. JORDAN | 0.3 | $115.50 | REVIEW DISCOVERY PLAN AND RELATED DOCUMENTS. |
| 9/1/2006 | GREGORY J. JORDAN | 0.2 | $77.00 | DISCUSS DISCOVERY PLAN AND RELATED DOCUMENT |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 9/5/2006 | GREGORY J. JORDAN | 0.2 | $77.00 | REVIEW O'CONNOR REVISIONS TO DISCOVERY PLAN; ISSUES WITH COUNSEL FOR MR. AND MRS. O'CONNOR. |
| 9/5/2006 | GREGORY J. JORDAN | 0.2 | $77.00 | DISCUSS ISSUES RELATED TO REVISION TO DISCOVERY PLAN WITH MR. SCHMIDT. |
| 9/5/2006 | GREGORY J. JORDAN | 0.2 | $77.00 | DISCUSSION WITH MS. O'CONNOR, COUNSEL FOR STEPHEN AND KATHLEEN O'CONNOR; AND COMPLETE |
| 9/5/2006 | GREGORY J. JORDAN | 0.4 | $154.00 | COMPLETE REVISED DISCOVERY PLAN. |
| 9/5/2006 | PETER J. SCHMIDT | 1.2 | $354.00 | REVIEW AND REVISE JOINT DISCOVERY PLAN. |
| 9/5/2006 | PETER J. SCHMIDT | 0.1 | $29.50 | REVIEW E-MAIL FROM MS. CASEY RE: DISCOVERY. |
| 9/5/2006 | PETER J. SCHMIDT | 0.1 | $29.50 | REVIEW E-MAILS FROM MR. CISZEWSKI RE: DISCOVERY. |
| 9/5/2006 | PETER J. SCHMIDT | 0.1 | $29.50 | REVIEW E-MAILS FROM MR. DE'MEDICI RE: DISCOVERY. |
| 9/5/2006 | PETER J. SCHMIDT | 0.3 | $88.50 | REVIEW E-MAIL COMMENTS RE DISCOVERY PLAN IN ECONOMOU ADVERSARIES. |
| 9/6/2006 | GREGORY J. JORDAN | 0.3 | $115.50 | REVIEW DISCOVERY PLAN. |
| 9/6/2006 | GREGORY J. JORDAN | 0.2 | $77.00 | REVIEW E-MAIL COMMENTS FROM VARIOUS PARTIES RE: DISCOVERY PLAN. |
| 9/6/2006 | GREGORY J. JORDAN | 0.2 | $77.00 | DISCUSSION WITH MS. CASEY RE: DISCOVERY PLAN. |
| 9/6/2006 | GREGORY J. JORDAN | 0.4 | $154.00 | PREPARE REVISED DISCOVERY PLAN; AND DISCUSSION WITH MR. |
| 9/6/2006 | GREGORY J. JORDAN | 0.3 | $115.50 | DISCUSSION WITH MR. DE'MEDICI, COUNSEL FOR MS. CAROL ECONOMOU AND SMITHERS-JONES RE: DISCOVERY PLAN. |
| 9/7/2006 | PETER J. SCHMIDT | 0.2 | $59.00 | REVIEW DISCOVERY REQUESTS ISSUED TO ADVERSARY DEFENDANTS. |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 9/14/2006 | PETER J. SCHMIDT | 3.5 | $1,032.50 | DRAFT DISCOVERY TO ADVERSARY DEFENDANTS. |
| 9/15/2006 | PETER J. SCHMIDT | 2.1 | $619.50 | REVIEW AND REVISE DISCOVERY REQUESTS AND RIDER TO SUBPOENA TO THE DEBTOR. |
| 9/15/2006 | GREGORY J. JORDAN | 4.5 | $1,732.50 | REVIEW AND REVISE DISCOVERY REQUESTS TO ALL PARTIES. |
| 9/15/2006 | GREGORY J. JORDAN | 0.2 | $77.00 | DRAFT E-MAIL TO PARTIES REGARDING DISCOVERY. |
| 9/19/2006 | PETER J. SCHMIDT | 3.3 | $973.50 | PREPARE FOR AND ATTEND COURT ON STATUS AND DISCOVERY SCHEDULING. |
| 9/19/2006 | PETER J. SCHMIDT | 0.4 | $118.00 | DRAFT DISCOVERY SCHEDULING ORDER AND CIRCULATE. |
| 9/19/2006 | GREGORY J. JORDAN | 0.5 | $192.50 | REVIEW AND REVISE DISCOVERY ORDER |
| 9/21/2006 | PETER J. SCHMIDT | 0.2 | $59.00 | DRAFT E-MAIL TO MR. DEMEDICI RE DISCOVERY ORDER. |
| 10/3/2006 | PETER J. SCHMIDT | 0.5 | $147.50 | REVIEW PROPOSED TRIAL ORDER. |
| 10/5/2006 | PETER J. SCHMIDT | 0.9 | $265.50 | REVIEW PROPOSED TRIAL ORDER AND DRAFT OBJECTION RE SAME. |
| 10/6/2006 | GREGORY J. JORDAN | 0.5 | $192.50 | REVISE OBJECTION TO PROPOSED PRETRIAL ORDER AND DRAFT PROPOSED ORDER. |
| 10/9/2006 | PETER J. SCHMIDT | 0.3 | $88.50 | REVIEW AND REVISE OBJECTION TO TRIAL ORDER. |
| 10/11/2006 | PETER J. SCHMIDT | 0.2 | $59.00 | REVIEW AND REVISE OBJECTION TO TRIAL ORDER. |
| 10/12/2006 | PETER J. SCHMIDT | 0.8 | $236.00 | REVIEW, REVISE AND FILE OBJECTION TO PROPOSED TRIAL ORDER. |
| 10/16/2006 | PETER J. SCHMIDT | 0.2 | $59.00 | REVIEW LETTER FROM MS. CASEY RE DISCOVERY. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/17/2006 | PETER J. SCHMIDT | 0.8 | $ 236.00 | PREPARE FOR AND ATTEND COURT ON OBJECTION TO TRIAL ORDER; DISCUSSION WITH MS. CASEY RE DISCOVERY; REVISE ORDER. |
| 10/18/2006 | PETER J. SCHMIDT | 0.5 | $ 147.50 | DRAFT RESPONSES TO O'CONNOR DISCOVERY AND RULE 26 DISCLOSURES. |
| 12/7/2006 | PETER J. SCHMIDT | 0.2 | $ 59.00 | REVIEW LETTERS AND DEPOSITION NOTICES FROM COUNSEL FOR CAROL ECONOMOU. |
| 12/11/2006 | PETER J. SCHMIDT | 0.2 | $ 59.00 | REVIEW DOCKET AND ORDER RE 12/12 HEARING. |
| 12/20/2006 | PETER J. SCHMIDT | 1 | $ 295.00 | ATTEND COURT ON FT. MYERS AND CAROL ECONOMOU'S DISCOVERY MOTIONS. |
| 12/26/2006 | PETER J. SCHMIDT | 1.8 | $ 531.00 | REVIEW TRANSCRIPT OF JOHN ECONOMOU DEPOSITION. |
| 1/4/2007 | PETER J. SCHMIDT | 0.2 | $ 71.00 | TELEPHONE CONVERSATION WITH COUNSEL FOR CAROL ECONOMOU RE DEPOSITIONS. |
| 2/12/2007 | JEAN SOH | 1.1 | $ 264.00 | PREPARE FOR AND ATTEND STATUS HEARING. |
| 2/23/2007 | JEAN SOH | 0.3 | $ 72.00 | REVIEW MR. T. ECONOMOU'S DEPOSITION TRANSCRIPT. |
| 2/24/2007 | JEAN SOH | 1.7 | $ 408.00 | REVIEW AND TAKE NOTES ON MR. T. ECONOMOU'S DEPOSITION TRANSCRIPT. |
| 2/25/2007 | JEAN SOH | 2.9 | $ 696.00 | REVIEW AND TAKE NOTES ON MR. T. ECONOMOU'S DEPOSITION TRANSCRIPT. |
| 2/26/2007 | JEAN SOH | 2.3 | $ 552.00 | REVIEW MR. J. ECONOMOU'S DEPOSITION TRANSCRIPT. |
| 3/8/2007 | PETER J. SCHMIDT | 0.3 | $ 106.50 | REVISE AND FILE MOTION FOR EXTENSION. |
| 5/15/2007 | PETER J. SCHMIDT | 0.4 | $ 142.00 | ATTEND COURT ON STATUS HEARING. |

5/22/2007 PETER J. SCHMIDT 0.2 $ 71.00 DRAFT LETTER TO BANKRUPTCY JUDGE RE DISMISSAL ORDERS. 98.5 $30,636.00