## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 Proceeding |
| | ) | |
| JAMES ECONOMOU | ) | Case No. 05-13171 |
| | ) | |
| Debtor | ) | Hon. Jacqueline P. Cox |
| | ) | |

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AS COUNSEL FOR BARRY A. CHATZ, CHAPTER 7 TRUSTEE FOR THE ESTATE OF JAMES ECONOMOU

This matter coming to be heard on the motion of Dykema Gossett PLLC as counsel for Barry A. Chatz, not personally but as Trustee for the Estate of James Economou, (the "Counsel") entitled First and Final Application for Allowance and Payment of Compensation as Counsel for Barry A. Chatz, Chapter 7 Trustee for the Estate of James Economou for the Period June 28, 2005 through June 25, 2007, the Court having jurisdiction over this matter, due notice to all creditors and other parties in interest having been given and the Court being advised fully in the premises; it is hereby

**ORDERED** that the application for compensation and costs is GRANTED; and it is further

**ORDERED** that, counsel is allowed to receive the sum of $77,098.50 in fees and the sum of $2,099.10 for costs incurred; and it is further

ORDERED that Barry A. Chatz, not personally but as Trustee for the Estate of James Economou is authorized to deliver such sums to Counsel.

Dated: July __25__, 2005

_____
Hon. Jacqueline P Cox
United States Bankruptcy Judge

- 1 -