Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 05-13171 JPC Judge: JACQUELINE P. COX  
Case Name: ECONOMOU, JAMES S.  
For Period Ending: 08/31/07

Trustee Name: BARRY A. CHATZ  
Date Filed (f) or Converted (c): 04/07/05 (f)  
341(a) Meeting Date: 05/20/05  
Claims Bar Date: 09/29/05

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. CASH ON HAND | 750.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT Joint checking account with wife | 525.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS household furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, PICTURES misc. art books and periodicals | 200.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. INSURANCE POLICIES General American Life Insurance - term & whole life policies - cash value | 15,000.00 | 0.00 | | 0.00 | FA |
| 7. IRA, KEOGH, PENSION Debtors right to receive monthly social security payments of $529 | 0.00 | 0.00 | | 0.00 | FA |
| 8. OFFICE EQUIPMENT home office equipment, fax, drafting board, file cabinets | 750.00 | 0.00 | DA | 0.00 | FA |
| 9. LITIGATION (u) fraudulent transfer of real estate located in Ft. Myers, FL | Unknown | Unknown | | 419,000.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 430.56 | Unknown |

TOTALS (Excluding Unknown Values) $ 18,225.00 $ 0.00 $ 419,430.56

Gross Value of Remaining Assets  
$0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1 Ver: 11.80

Page: 2

Ver: 11.80

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: | 05-13171 JPC Judge: JACQUELINE P. COX |
| Case Name: | ECONOMOU, JAMES S. |
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 04/07/05 (f) |
| 341(a) Meeting Date: | 05/20/05 |
| Claims Bar Date: | 09/29/05 |

Initial Projected Date of Final Report (TFR): 06/30/07   Current Projected Date of Final Report (TFR): 09/30/07

LFORM1