# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  JAMES S. ECONOMOU | ) | CASE NO. 05 B 13171 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | HON. JACQUELINE P. COX |
| DEBTOR | ) | |

TO: THE HONORABLE JACQUELINE P. COX
    BANKRUPTCY JUDGE

## APPLICATION OF TRUSTEE'S ACCOUNTANT
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on April 7, 2005. This Court on April 25, 2007 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $1,160.00 in compensation for 5.8 hours of services performed and reimbursement of actual expenses in the amount of $0.00 for the period August 8, 2007 through August 17, 2007.

3. A description of the nature of the services rendered by the Applicant is as follows:

Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the final year ending July 31, 2007 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 5.8 | $ 200 | $1,160.00 |
| Total Due | 5.8 | | $ 1,160.00 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $1,160.00 for the accounting services rendered in this case and reimbursement of expenses of $0.00 incurred.

DATE: August 28, 2007                              RESPECTFULLY SUBMITTED,

                                                   _____
                                                   Lois West
                                                   Certifying Professional
                                                   35 E. Wacker Drive
                                                   Chicago, IL 60601-2207

Invoice No. 21903



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of James S. Economou (05 B 13171)
- c/o Barry A. Chatz, Trustee
- Arnstein & Lehr LLP
- 120 S. Riverside Plaza, Suite 1200
- Chicago, IL 60606-3913

**Date:** August 23, 2007      **Account No.:** CHA1036L

For Professional Services Rendered:

For accounting and tax services rendered for the period August 8, 2007 through August 17, 2007 including preparation of federal and state fiduciary income tax returns for the final year ended July 31, 2007 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 5.8 | $200. | $ 1,160.00 |
|  | Total fees: | 5.8 |  | $ 1,160.00 |

EXHIBIT A

**ESTATE OF JAMES S. ECONOMOU  (05 B 13171)**

Time Sort by Date

**TAX RETURN PREPARATION**

| Date | Description | Hours | Name |
|---|---|---|---|
| 8/8/2007 | Tax Return Preparation - Review documents received from trustee - review settlement agreement. | 0.5 | L. West |
| 8/16/2007 | Tax Return Preparation - Preparation of workpapers and federal and state fiduciary returns for final year ended 7/31/06. Read settlement agreements determine taxability of recovery. | 3.0 | L. West |
| 8/16/2007 | Tax Return Preparation - Finalize returns for 7/31/07. Make manual changes as required. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. | 2.0 | L. West |
| 8/17/2007 | Tax Review - Final review - check assembly and sign federal and state fiduciary returns for 2006. | 0.3 | L. West |

Total hours  **5.8**

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| | ) | |
| | ) | Case No. 05-13171 |
| JAMES ECONOMOU, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER AUTHORIZING DEBTOR TO EMPLOY TAX ACCOUNTANTS**

This matter coming before the Court on the Application for Leave to Employ Accountant for Trustee (the "Application") filed by Barry A. Chatz, not personally but solely as Chapter 7 Trustee for the Estate of James Economou, by which the Trustee seeks the entry of an order authorizing the Estate of James Economou (the "Estate") to retain and employ Lois West and Popowcer Katten Ltd., as accountants, pursuant to § 327 of the United States Bankruptcy Code (Section 101 *et.seq.* hereinafter the "Code") for the purpose of providing accounting services, preparing tax returns, providing advice related to the preparation and filing of tax returns and related matters for the Estate, due notice of the filing of the Application having been given; the Court having examined the Application and the attached Affidavit of Lois West, and the Court having concluded that the Trustee's authorization to retain and employ Lois West and Popowcer Katten Ltd. is in the best interest of the estate and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that:

1. This matter is a core proceeding as that term is used in 28 U.S.C. § 157.

2. The Application is granted. The Estate is authorized to employ Lois West and Popowcer Katten Ltd. as its accountants in this case.

-1-

3. The compensation and reimbursement of expenses of Lois West and Popowcer Katten Ltd. shall be subject to and fixed by future order of this Court; and

4. This order is a final order and is effective immediately

Dated: **April 25, 2007**

ENTERED:

*J. Cox* **Jacqueline P. Cox**
_____
Honorable Jacqueline P. Cox
United States Bankruptcy Judge

CHICAGO\2308835.2
ID\GJJ

-2-