UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JAMES S. ECONOMOU, | ) | Case No. 05-13171 |
| | ) | |
| Debtor. | ) | Hon. JACQUELINE P. COX |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DIRKSEN FEDERAL BUILDING, COURTROOM 619,
          219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **December 6, 2007**       Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $419,430.56 |
    | Disbursements | $385,997.60 |
    | Net Cash Available for Distribution | $33,432.96 |

4. Applications for Chapter 7 fees and administrative expenses have been filedas follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE<br>*Trustee Compensation* | $0.00 | $20,000.00 | $28.16 |
| CLERK OF THE U.S. BANKRUPTCY COURT<br>*Clerk of the Court Costs* | $0.00 | $0.00 | $300.00 |
| POPOWCER KATTEN. LTD.<br>*Accountant for Trustee* | $0.00 | $1,160.00 | $0.00 |

5. There are no priority claims.

6. Claims of general unsecured creditors totaling $15,471.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 77.20%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Metalsmith Designs | $4,354.48 | $3,361.79 |
| 2 | Crane And Norcross | $9,460.00 | $7,303.40 |
| 4 | Chase Bank USA, NA. | $1,657.47 | $1,279.61 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.* If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. The Debtor has been discharged.

10.   The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Office Equipment – fax machine, file cabinets, drafting board | $750.00 |

Dated:  **November 8, 2007**          For the Court,

                              By:   **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the U.S. Bankruptcy Court
                                     219 S. Dearborn St., 7th Floor
                                     Chicago, IL 60604

Trustee:       Barry A. Chatz
Address:       120 S. Riverside Plaza Suite 1200
               Chicago, IL 60606-0000
Phone No.:     (312) 876-7100

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-13171   Doc 72   Filed 11/08/07   Entered 11/10/07 23:41:18   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                    Page 1 of 1               Date Rcvd: Nov 08, 2007
Case: 05-13171                    Form ID: pdf002                Total Served: 17


The following entities were served by first class mail on Nov 10, 2007.
 db           +James S Economou,    331 Graemere,    Northfield, IL 60093-3134
 aty          +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
                Chicago, IL 60603-1413
 aty          +Evangelos J. Gegas,    Dykema, Gossett, Rooks, Pitts PLLC,    10 South Wacker Drive,    Suite 2300,
                Chicago, IL 60606-7509
 aty          +Gregory J Jordan,    Polsinelli Shalton Flanigan Suelthaus PC,    180 N. Stetson,,    Suite 4525,
                Chicago, IL 60601-6733
 aty          +Peter J Schmidt,    Polsinelli Shalton Flanigan Suelthaus PC,    180 N. Stetson,    Ste 2545,
                Chicago, IL 60601-6710
 tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
9939932       +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Ave, Ste 900,
                Seattle, WA 98121-2339
9142680        Chase BankCard Service, Inc.,    PO Box 30755,    Tampa, FL 33630-3755
9730624       +Crane And Norcross,    Two North LaSalle Street Suite 2000,    Chicago, IL 60602-4016
9142681       +Demetra Louchios,    C/o SHEFSKY & FROELICH LTD,    444 N MICHIGAN #2300,    Chicago, IL 60611-3903
9142682       +Ft. Meyers Historic LP,    C/o Steven J. Ciszewski, Esquire,    Novack & Macey LLP,
                303 West Madison Street, Suite 1500,    Chicago, IL 60606-3309
9917430       +Ft. Myers Historic, L.P.,    c/o Steven J. Ciszewski,    100 North Riverside Plaza,
                Chicago, IL 60606-1501
9142683       +John Economou,    1480 Goldenbell Court,    Downers Grove, IL 60515-1301
9142684       +Larry McDowell, Esq.,    Fowler, White, Boggs, Banker, P.A.,    P. O. Box 1438,
                Tampa, FL 33601-1438
9142685       +Metalsmith Designs,    6400-1 Topaz Court,    Fort Myers, FL 33966-8310
9768099       +Novack and Macey LLP,    c/o Ft. Myers Historic, LP,    100 North Riverside Plaza,
                Chicago, IL 60606-1501
9142686       +People Gas,    The Prudential Building,    Attn: Special Projects,    130 E. Randolph Drive,
                Chicago, IL 60601-6207

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2007**          **Signature:**   *Joseph Speetjens*