**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-13171 -JPC | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | ECONOMOU, JAMES S. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******9756 | Account Number / CD #: | *******9654 BofA - Money Market Account |
| For Period Ending: | 01/30/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/07 | 9 | STEPHEN O'CONNOR AND KATHLEEN ECONOMOU O'CONNOR | SETTLEMENT | 1249-000 | 19,000.00 | | 19,000.00 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.69 | | 19,005.69 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.62 | | 19,021.31 |
| 05/14/07 | 9 | CHICAGO TITLE & TRUST COMPANY | LITIGATION SETTLEMENT | 1241-000 | 95,000.00 | | 114,021.31 |
| | | ECONOMOU PARTIES | Memo Amount: 400,000.00 FRAUDULENT TRANSFER SETTLEMENT | | | | |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 60.40 | | 114,081.71 |
| 06/14/07 | 000301 | MAXWELL & HENDRY VALUATION SERVICES, INC | APPRAISER FOR TRUSTEE Memo Amount: ( 305,000.00 ) FRAUDULENT TRANSFER SETTLEMENT | 3711-000 | | 1,800.00 | 112,281.71 |
| | | FT. MYERS | | 4110-000 | | | |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 98.08 | | 112,379.79 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 167.03 | | 112,546.82 |
| 08/07/07 | 000302 | DYKEMA GOSSETT PLLC | ATTORNEY FOR TRUSTEE FIRST AND FINAL APPLICATION FOR FEES Fees 77,098.50 Expenses 2,099.10 | 3210-000 3220-000 | | 79,197.60 | 33,349.22 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.750 | 1270-000 | 83.74 | | 33,432.96 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 46.57 | | 33,479.53 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 34.13 | | 33,513.66 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 33.05 | | 33,546.71 |
| 12/06/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.51 | | 33,552.22 |
| 12/06/07 | | Transfer to Acct #*******9719 | Final Posting Transfer | 9999-000 | | 33,552.22 | 0.00 |

Page Subtotals  114,549.82  114,549.82

LFORM24

Page: 2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-13171 -JPC | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | ECONOMOU, JAMES S. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******9756 | Account Number / CD #: | *******9654 BofA - Money Market Account |
| For Period Ending: | 01/30/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 114,549.82 | 114,549.82 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 33,552.22 | |
| | | | Subtotal | | 114,549.82 | 80,997.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 114,549.82 | 80,997.60 | |

| Memo Allocation Receipts: | 400,000.00 |
| --- | --- |
| Memo Allocation Disbursements: | 305,000.00 |
| Memo Allocation Net: | 95,000.00 |

Page Subtotals    0.00    0.00

Ver: 11.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-13171 -JPC | Trustee Name: | BARRY A. CHATZ |
| Case Name: | ECONOMOU, JAMES S. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******9756 | Account Number / CD #: | *******9719 BofA - Checking Account |
| For Period Ending: | 01/30/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/07 | | Transfer from Acct #*******9654 | Transfer In From MMA Account | 9999-000 | 33,552.22 | | 33,552.22 |
| 12/06/07 | 003001 | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION 18003-0088 | | | | |
| | | | Fees 20,000.00 | | | | |
| | | | Expenses 28.16 | 2100-000 | | 20,028.16 | 13,524.06 |
| 12/06/07 | 003002 | POPOWCER KATTEN, LTD. | ACCOUNTANT FOR TRUSTEE | 2200-000 | | | 13,524.06 |
| 12/06/07 | 003003 | CLERK OF THE U.S. BANKRUPTCY COURT | FILING FEE | 3410-000 | | 1,160.00 | 12,364.06 |
| 12/06/07 | | | ADVERSARY CASE NO. 05-01847 | 2700-000 | | 150.00 | 12,214.06 |
| 12/06/07 | 003004 | CLERK OF THE U.S BANKRUPTCY COURT | FILING FEE | | | | |
| | | | ADVERSARY CASE NO. 05-01853 | 2700-000 | | 150.00 | 12,064.06 |
| 12/06/07 | 003005 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Ave, Ste 900 Seattle, WA 98121 | UNSECURED CLAIM ACCOUNT XXXXXXXX5184 | 7100-000 | | 1,292.39 | 10,771.67 |
| 12/06/07 | 003006 | Crane And Norcross Two North LaSalle Street Suite 2000 Chicago, IL 60602 | UNSECURED CLAIM | 7100-000 | | 7,376.32 | 3,395.35 |
| 12/06/07 | 003007 | Metalsmith Designs 6400-1 Topaz Court Fort Myers, FL 33912 | UNSECURED CLAIM | 7100-000 | | 3,395.35 | 0.00 |

Page Subtotals 33,552.22 33,552.22

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-13171 -JPC | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | ECONOMOU, JAMES S. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *********9756 | Account Number / CD #: | *********9719 BofA - Checking Account |
| For Period Ending: | 01/30/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 33,552.22 | 33,552.22 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 33,552.22 | 0.00 | |
| | | | Subtotal | | 0.00 | 33,552.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 33,552.22 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| BofA - Money Market Account - *********9654 | | 114,549.82 | 80,997.60 | 0.00 |
| BofA - Checking Account - *********9719 | | 0.00 | 33,552.22 | 0.00 |
| | | 114,549.82 | 114,549.82 | 0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | 400,000.00 | Memo Allocation Receipts: | 0.00 |
| Total Allocation Disbursements: | 305,000.00 | Memo Allocation Disbursements: | 0.00 |
| Total Memo Allocation Net: | 95,000.00 | Memo Allocation Net: | 0.00 |

Page Subtotals    0.00    0.00

Ver: 11.80